IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CR-30047-MJR |
| | ) |
| DEMARCUS JOHNSON, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM & ORDER ADOPTING REPORT
# &
# RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On August 13, 2014, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea to all counts of the four count indictment. That same day, Judge Williams notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before September 2, 2014 (Doc. 43).

No objections were filed by either party prior to the deadline. Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 43), **ACCEPTS** Defendant Freeman's guilty plea, and **ADJUDGES** Defendant Freeman guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be

submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for November 14, 2014, at 9:00 a.m.

  **IT IS SO ORDERED.**

  **DATED:**  **September 9, 2014**

            */s Michael J. Reagan*
            **MICHAEL J. REAGAN**
            United States District Judge